UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

            Plaintiff,        Case No. 19-20009

v.                                 Judith E. Levy
                                 United States District Judge

Mohamad Khadr,
                                 Mag. Judge R. Steven Whalen
           Defendant(s).

_____/

**ORDER GRANTING IN PART EMERGENCY MOTION TO
EXTEND TIME FOR SELF-SURRENDER [24]**

Before the Court is Defendant Mohamad Khadr's emergency motion to extend time for self-surrender. (ECF No. 24.) The parties have previously stipulated to several adjournments to Defendant's self-surrender date because of Defendant's medical situation, resulting in a current self-surrender date of April 1, 2021. (ECF Nos. 19-23.)

On March 17, 2021, Defendant filed this emergency motion, seeking an extension from April 1, 2021 to June 1, 2021. (ECF No. 24, PageID.94.) Defendant requested the extension to allow defense counsel to gather Defendant's complete medical record and to allow Defendant to continue

to receive necessary medical treatment for numerous medical conditions. (*Id.* at PageID.93.) Specifically, Defendant requested the extension to see his urologist in June of 2021. (*Id.*) Additionally, Defendant alleges that he is "severely allergic to the ingredients of vaccines, including the Covid-19 vaccine" and is "extremely concerned" about the state of his health and, particularly, of the serious harm or death that may arise were he to contract COVID-19. (*Id.* at PageID.94) Defendant notes that FCI Butner, where he is set to report, presently has reported cases of COVID-19. (*Id.*)

That same day, the government filed a response to Defendant's emergency motion. (ECF No. 25.) The government indicates its support for extending Defendant's report date to May 1, 2021, given that Defendant is not vaccinated. (*Id.* at PageID.96.) However, the government requests the Court schedule a hearing at which Defendant would be expected to proffer additional medical records supporting his claim that he is allegedly allergic to vaccines and vaccine ingredients. (*Id.*)

For the reasons set forth above, the Court GRANTS IN PART Defendant's emergency motion to extend time for self-surrender. Defendant's self-surrender date is adjourned to **May 1, 2021**. The Court

will set a hearing date at which the parties are to be prepared to discuss Defendant's alleged allergy to vaccines and vaccine ingredients.

IT IS SO ORDERED.

Dated: March 22, 2021　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 22, 2021.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager